# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN H. CORNEALUS, JR., | ) | CV F 04 6338 LJO HC |
| | ) | |
| Petitioner, | ) | ORDER GRANTING PETITIONER'S |
| | ) | MOTION TO SUPPLEMENT TRAVERSE |
| v. | ) | |
| | ) | [Doc. 22] |
| JOE McGRATH, | ) | |
| | ) | |
| Respondent. | ) | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On July 11, 2005, Petitioner filed a motion to supplement his traverse. Included in his motion were additional points and authorities in support of his traverse. Good cause having been presented and good cause appearing therefor, Petitioner's request is GRANTED. Petitioner's supplement will be considered along with his traverse.

IT IS SO ORDERED.

**Dated:   July 22, 2005**                    **/s/ Lawrence J. O'Neill**
b9ed48                                                  UNITED STATES MAGISTRATE JUDGE